R. Scott Weide, Esq.
Nevada Bar No. 5541
*sweide@weidemiller.com*
Kendelee L. Works, Esq.
Nevada Bar No. 9611
*kworks@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128-8373
Tel. (702) 382-4804
Fax (702) 382-4805

Kevin Viau, Esq. (*pro hac vice to be filed*)
California Bar No. 275556
*kviau@iplg.com*
Otto Lee, Esq. (*pro hac vice to be filed*)
California Bar No. 173987
*olee@iplg.com*
**INTELLECTUAL PROPERTY LAW GROUP, LLP**
12 South First Street, 12th Floor
San Jose, CA 95113-2427
Tel. (408) 286-8933
Fax (408) 286-8932

Attorneys for Shenzhen Membrane
Precise Electron, Ltd.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., a California corporation, | ) Case No.: 2:12-cv-00054-GMN-PAL |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **EXTEND DEADLINE FOR FILING OF** |
| | ) **DEFENDANT'S ANSWERING PAPERS** |
| SHENZHEN MEMBRANE PRECISE | ) **REGARDING ORDER TO SHOW** |
| ELECTRON, LTD., a China corporation, | ) **CAUSE FOR PRELIMINARY** |
| | ) **INJUNCTION** |
| Defendants. | ) **(FIRST REQUEST)** |

Plaintiff AEVOE CORP., and Defendant SHENZHEN MEMBRANE PRECISE ELECTRON, LTD., by and through their respective counsel, hereby stipulate that the deadline for Defendant to file and serve its Answering Papers with respect to Plaintiff's Motion for Temporary Restraining Order, Seizure and Impoundment Order and the Order to Show Cause for Preliminary Injunction, which was filed with this Court on January 12, 2012, be extended to

KLW-W-0141r1                                                   1

12:00 p.m. (twelve noon) on Thursday, January 19, 2012.

Pursuant to LR 6-1, no previous extension of these deadlines has been granted by the Court and the Parties are making this request in order to accommodate Defendant's Counsel, who was recently retained. The Parties do not anticipate that this extension will impact the Court's scheduled January 23, 2012 hearing date.

DATED this 18th day of January, 2012         DATED this 18th day of January, 2012.

| **MCDONALD CARANO WILSON, LLP** | **WEIDE & MILLER, LTD.** |
|---|---|
| By: /s/  Josephine Binetti McPeak | By: /s/ Kendelee L. Works |
| Jeffrey A. Silvestri, Esq.<br>Josephine Binetti McPeak, Esq.<br>2300 West Sahara Avenue, Suite 100<br>Las Vegas, NV 89102 | R. Scott Weide, Esq.<br>Kendelee L. Works, Esq.<br>7251 W. Lake Mead Blvd., Suite 530<br>Las Vegas, NV 89128 |
| David S. Bloch, Esq. (*pro hac vice to be filed*)<br>Jennifer Golinveaux, Esq. (*pro hac vice to be filed*)<br>K. Joon Oh, Esq. (*pro hac vice to be filed*)<br>Beth A. Derby, Esq. (*pro hac vice to be filed*)<br>WINSTON & STRAWN, LLP<br>101 California Street<br>San Francisco, CA 94111 | Kevin Viau, Esq. (*pro hac vice to be filed*)<br>Otto Lee, Esq. (*pro hac vice to be filed*)<br>INTELLECTUAL PROPERTY<br>LAW GROUP, LLP<br>12 South First Street, 12th Floor<br>San Jose, CA 95113-2427 |
| Attorneys for Plaintiff | Attorneys for Defendant |

**IT IS SO ORDERED**:

_____

UNITED STATES JUDGE

DATED: _____

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Weide & Miller, Ltd. and on January 18, 2012, I served the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING OF DEFENDANT'S ANSWERING PAPERS REGARDING ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION** via the Court's CM/ECF filing system on all counsel of record and parties as listed.

Jeffrey Sylvestri, Esq.
Josephine Binnetti McPeak, Esq.
MCDONALD CARANO WILSON, LLP
2300 West Sahara Avenue, Suite 100
Las Vegas, NV 89102


David S. Bloch, Esq. (*pro hac vice pending*)
Jennifer Golinveaux, Esq. (*pro hac vice pnding*)
K. Joon Oh, Esq. (*pro hac vice pending*)
Beth A. Derby, Esq. (*pro hac vice pending*)
WINSTON & STRAWN, LLP
12 South First Street, 12th Floor
101 California Street
San Francisco, CA 94111

Attorneys for Plaintiff

　　　　　　　　　　　　　　　　　　　　　　　*/s/Nicole Littlejohn*
　　　　　　　　　　　　　　　　　　　　　　　An employee of WEIDE & MILLER, LTD.