```
 1  Jeffrey A. Silvestri, Esq.
    Nevada Bar No. 5779
 2  Josephine Binetti McPeak, Esq.
    Nevada Bar No. 7994
 3  McDONALD CARANO WILSON LLP
    2300 West Sahara Avenue, Suite 1000
 4  Las Vegas, NV 89102
    Telephone: (702) 873-4100
 5  Facsimile: (702) 873-9966
    Email: jsilvestri@mcdonaldcarano.com
 6         jmcpeak@mcdonaldcarano.com

 7  David S. Bloch (pro hac vice forms will be filed)
    Jennifer Golinveaux (pro hac vice forms will be filed)
 8  K. Joon Oh (pro hac vice forms will be filed)
    Beth A. Derby (pro hac vice forms will be filed)
 9  WINSTON & STRAWN LLP
    101 California Street
10  San Francisco, CA 94111-5894
    Telephone:   (415) 591-1000
11  Facsimile:   (415) 591-1400
    Email: dbloch@winston.com
12         jgolinveaux@winston.com
           koh@winston.com
13         bderby@winston.com

14  Attorneys for Plaintiff AEVOE CORP.
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., a California corporation, | **Case No. 2:12-cv-00054-GMN-PAL** |
| Plaintiff, | |
| vs. | **AMENDED TEMPORARY RESTRAINING ORDER** |
| SHENZHEN MEMBRANE PRECISE ELECTRON LTD., a China corporation, | |
| Defendant. | |

On January 12, 2012, the Court granted plaintiff Aevoe Corp.'s ("Aevoe") Temporary Restraining Order, Seizure and Impoundment Order, and an Order to Show Cause for a Preliminary Injunction ("TRO") against defendant Shenzhen Membrane Precise Electron Ltd. ("Shenzhen Membrane"), which, among other things, temporarily restrained Shenzhen

Membrane and its agents from (1) practicing or otherwise using U.S. Patent No. 8,044,942 ("'942 Patent"), or any reproduction, counterfeit, copy, or colorable imitation of the same (including the Membrane products) (collectively, the "Infringing Goods"), and (2) transferring moving, returning, destroying, or otherwise disposing of any Infringing Goods except as otherwise stated therein.

On January 23, 2012, the Court held the scheduled preliminary injunction hearing, and having considered the arguments of counsel, together with the Complaint, Memorandum of Law, Opposition and Reply Memorandum, along with the declarations and exhibits submitted therewith, finds and concludes as follows:

1. Aevoe is likely to succeed in showing that Shenzhen Membrane has infringed and is continuing to infringe the '942 Patent, and that Shenzhen Membrane has manufactured, imported and offered for sale goods infringing upon the '942 Patent, specifically including, without limitation, the "Membrane" and "Memshield" touch-screen protector products that are characterized by a spacer on the perimeter of the protective screen sufficient to form an enclosed air space between the transparent window of the protector and the touch-screen portion of the device on which it is installed (collectively, "Infringing Goods"). This Amended Temporary Restraining Order does not include Shenzhen Membrane products that do not fit within the product description set forth in this paragraph.

2. The making, use, importation, offer for sale, and/or sale of the Infringing Goods will result in immediate and irreparable injury to Aevoe in the form of loss of income, loss of goodwill, dilution and lessening of the value of the '942 Patent, and interference with Aevoe's ability to exploit its '942 Patent and exclude others from using its patent, if the requested restraint is not ordered.

3. The harm to Aevoe in denying the requested restraint outweighs the harm to the legitimate interests of Shenzhen Membrane from granting such an order.

4. It appears to the Court that Shenzhen Membrane is manufacturing, importing, offering for sale, and/or selling Infringing Goods and will continue to carry out such acts unless restrained by Order of the Court.

## AMENDED TEMPORARY RESTRAINING ORDER

IT IS HEREBY ORDERED THAT, pending a decision by the Court on Aevoe's application for a preliminary injunction, Shenzhen Membrane, its agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise be, and hereby are, immediately and temporarily restrained from (1) practicing, making, using, importing, offering for sale and/or selling the invention described in U.S. Patent No. 8,044,942, or any reproduction, counterfeit, copy, or colorable imitation of the same, specifically including, without limitation, the "Membrane" and "Memshield" products described in Paragraph 1, above, and (2) transferring, moving, returning, destroying, or otherwise disposing of any Infringing Goods.

IT IS FURTHER ORDERED THAT, in light of the $10,000.00 bond posted by Aevoe on January 13, 2012, no additional security is required of Aevoe.

IT IS FURTHER ORDERED THAT this Amended Restraining Order shall remain in effect until midnight on February 9, 2012.

**IT IS SO ORDERED** this 24th day of January, 2012 at 9:30 a.m.

_____
Gloria M. Navarro
United States District Judge

. . .

| | |
|---|---|
| SUBMITTED BY: | REVIEWED AND APPROVED BY: |
| McDONALD CARANO WILSON LLP | WEIDE & MILLER, LTD. |

By: /s/ *[signature]*
Jeffrey A. Silvestri, Esq. (# 5779)
Josephine Binetti McPeak, Esq. (#7994)
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone: (702) 873-4100
jsilvestri@mcdonaldcarano.com
jmcpeak@mcdonaldcarano.com

WINSTON & STRAWN LLP
David S. Bloch
Jennifer Golinveaux
K. Joon Oh
Beth A. Derby

*Attorneys for Plaintiff AEVOE CORP.*

By: ___[NOT APPROVED]___
R. Scott Weide, Esq. (#5541)
Kendelee L. Works, Esq. (#9611)
7251 W. Lake Mead Blvd., Ste. 530
Las Vegas, NV 89128
Telephone: (702) 382-4804
sweide@weidemiller.com
kworks@weidemiller.com

INTELLECTUAL PROPERTY LAW
GROUP, LLP
Otto Lee, Esq.
Kevin Viau, Esq.

*Attorneys for SHENZHEN MEMBRANE PRECISE ELECTRON, LTD.*

LVDOCS-#242930-v3

4