1  Jeffrey A. Silvestri, Esq.
   Nevada Bar No. 5779
2  Josephine Binetti McPeak, Esq.
   Nevada Bar No. 7994
3  McDONALD CARANO WILSON LLP
   2300 West Sahara Avenue, Suite 1000
4  Las Vegas, NV 89102
   Telephone: (702) 873-4100
5  Facsimile: (702) 873-9966
   Email: jsilvestri@mcdonaldcarano.com
6          jmcpeak@mcdonaldcarano.com

7  David S. Bloch (*pro hac vice forms will be filed*)
   Jennifer Golinveaux (*pro hac vice forms will be filed*)
8  K. Joon Oh (*pro hac vice forms will be filed*)
   Beth A. Derby (*pro hac vice forms will be filed*)
9  WINSTON & STRAWN LLP
   101 California Street
10 San Francisco, CA  94111-5894
   Telephone:   (415) 591-1000
11 Facsimile:   (415) 591-1400
   Email: dbloch@winston.com
12         jgolinveaux@winston.com
           koh@winston.com
13         bderby@winston.com

14 *Attorneys for Plaintiff AEVOE CORP.*

15

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., a California corporation, | Case No. 2:12-cv-00054-GMN-PAL |
| Plaintiff, | |
| vs. | **SECOND AMENDED TEMPORARY RESTRAINING ORDER** |
| SHENZHEN MEMBRANE PRECISE ELECTRON LTD., a China corporation, | |
| Defendant. | |

On January 12, 2012, the Court granted plaintiff Aevoe Corp.'s ("Aevoe") Temporary Restraining Order, Seizure and Impoundment Order, and an Order to Show Cause for a Preliminary Injunction ("TRO") against defendant Shenzhen Membrane Precise Electron Ltd. ("Shenzhen Membrane"), which, among other things, temporarily restrained Shenzhen

*MCDONALD · CARANO · WILSON LLP*
*2300 WEST SAHARA AVENUE·NO. 10, SUITE 1000 • LAS VEGAS, NEVADA*
*PHONE (702)873-4100 • FAX (702) 873-9966*

Membrane and its agents from (1) practicing or otherwise using U.S. Patent No. 8,044,942 ("'942 Patent"), or any reproduction, counterfeit, copy, or colorable imitation of the same (including the Membrane products) (collectively, the "Infringing Goods"), and (2) transferring moving, returning, destroying, or otherwise disposing of any Infringing Goods except as otherwise stated therein.

On January 23, 2012, the Court held the scheduled preliminary injunction hearing, and having considered the arguments of counsel, together with the Complaint, Memorandum of Law, Opposition and Reply Memorandum, along with the declarations and exhibits submitted therewith, finds and concludes as follows:

1.    The Court having previously found a basis for the TRO, and now taking into consideration the arguments of counsel, hereby agrees to extend the existing TRO to allow the Court to further consider its ultimate decision on issuance of a Preliminary Injunction.

2.    Aevoe has previously shown in its motion for TRO that it:

a.    Is likely to succeed in showing that Shenzhen Membrane has infringed and is continuing to infringe the '942 Patent, and that Shenzhen Membrane has manufactured, imported and offered for sale goods infringing upon the '942 Patent, specifically including, without limitation, the "Membrane" and "Memshield" touch-screen protector products that are characterized by a spacer on the perimeter of the protective screen sufficient to form an enclosed air space between the transparent window of the protector and the touch-screen portion of the device on which it is installed (collectively, "Infringing Goods"). This Amended Temporary Restraining Order does not include Shenzhen Membrane products that do not fit within the product description set forth in this paragraph.

b.    The making, use, importation, offer for sale, and/or sale of the Infringing Goods will result in immediate and irreparable injury to Aevoe in the form of loss of income, loss of goodwill, dilution and lessening of the value of the '942 Patent, and interference with Aevoe's ability to exploit its '942 Patent and exclude others from using its patent, if the requested restraint is not ordered.

c.    The harm to Aevoe in denying the requested restraint outweighs the harm to the legitimate interests of Shenzhen Membrane from granting such an order.

d.    It appears to the Court that Shenzhen Membrane is manufacturing, importing, offering for sale, and/or selling Infringing Goods and will continue to carry out such acts unless restrained by Order of the Court.

McDONALD · CARANO · WILSON LLP
2300 WEST SAHARA AVENUE• NO. 10, SUITE 1000 • LAS VEGAS, NEVADA
PHONE (702)873-4100 • FAX (702) 873-9966

## AMENDED TEMPORARY RESTRAINING ORDER

IT IS HEREBY ORDERED THAT, pending a decision by the Court on Aevoe's application for a preliminary injunction, Shenzhen Membrane, its agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise be, and hereby are, immediately and temporarily restrained from (1) practicing, making, using, importing, offering for sale and/or selling the invention described in U.S. Patent No. 8,044,942, or any reproduction, counterfeit, copy, or colorable imitation of the same, specifically including, without limitation, the "Membrane" and "Memshield" products described in Paragraph 1, above, and (2) transferring, moving, returning, destroying, or otherwise disposing of any Infringing Goods.

IT IS FURTHER ORDERED THAT, in light of the $10,000.00 bond posted by Aevoe on January 13, 2012, no additional security is required of Aevoe.

IT IS FURTHER ORDERED THAT this Amended Restraining Order shall remain in effect until midnight on February 9, 2012.

**IT IS SO ORDERED** this 24th day of January, 2012 at 9:30 a.m.

Gloria M. Navarro
United States District Judge

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

1   SUBMITTED BY:                               REVIEWED AND APPROVED BY:

2   McDONALD CARANO WILSON LLP                  WEIDE & MILLER, LTD.

3
    By: _____               By: ___[NOT APPROVED]_____
4       Jeffrey A. Silvestri, Esq. (# 5779)         R. Scott Weide, Esq. (#5541)
        Josephine Binetti McPeak, Esq. (#7994)      Kendelee L. Works, Esq. (#9611)
5       2300 West Sahara Avenue, Suite 1000         7251 W. Lake Mead Blvd., Ste. 530
        Las Vegas, NV 89102                         Las Vegas, NV  89128
6       Telephone: (702) 873-4100                   Telephone: (702) 382-4804
        jsilvestri@mcdonaldcarano.com               sweide@weidemiller.com
7       jmcpeak@mcdonaldcarano.com                  kworks@weidemiller.com

8       WINSTON & STRAWN LLP                        INTELLECTUAL PROPERTY LAW
        David S. Bloch                              GROUP, LLP
9       Jennifer Golinveaux                         Otto Lee, Esq.
        K. Joon Oh                                  Kevin Viau, Esq.
10      Beth A. Derby

11      *Attorneys for Plaintiff AEVOE CORP.*       *Attorneys for SHENZHEN MEMBRANE
                                                    PRECISE ELECTRON, LTD.*
12

13  LVDOCS-#242930-v3

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4