# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| AEVOE CORP., | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-00054-GMN-PAL |
| vs. | ) | **ORDER** |
| SHENZHEN MEMBRANE PRECISE ELECTRON, LTD., | ) | (Mtn to Withdraw - Dkt. #67) |
| Defendants. | ) | |

This matter is before the court on the Motion to Withdraw as Local Counsel of Record (Dkt. #67) filed June 7, 2012. R. Scott Weide and Kendelee L. Works of the law firm Weide & Miller, Ltd., seek to withdraw as local counsel for Defendant Shenzhen Membrane Precise Electron, Ltd. The Motion represents that Defendant has not paid local counsel for legal services rendered since February 9, 2012, and they owe more than $20,000.00. Additionally, there has been a breakdown in communications between counsel and Defendant such that continued representation would be unreasonably difficult. Defendant will continue to be represented by their lead counsel, Kevin Viau and Otto Lee, both of whom are admitted to practice in this district pro hac vice.

Messieurs Viau and Lee are out-of-state counsel, and it does not appear that they maintain offices in Nevada. Local Rule IA 10-1(b)(2) provides that all out-of-state counsel must associate with local counsel in Nevada.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw as Local Counsel of Record (Dkt. #67) is GRANTED.
2. Defendant shall continue to be represented by attorneys Kevin Viau and Otto Lee.

1  3.   Attorneys Viau and Lee shall designate local counsel who shall file a notice of
2       appearance in accordance with the Local Rules on or before **July 2, 2012**.
3  Dated this 12th day of June, 2012.

```
                                          _____
                                          PEGGY A. LEEN
                                          UNITED STATES MAGISTRATE JUDGE
```