JEFFREY A. SILVESTRI, ESQ.
Nevada Bar No. 5779
JOSEPHINE BINETTI McPEAK, ESQ.
Nevada Bar No. 7994
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone:   (702) 873-4100
Facsimile:   (702) 873-9966
Email: jsilvestri@mcdonaldcarano.com
       jmcpeak@mcdonaldcarano.com

DAVID S. BLOCH (appearing *pro hac vice*)
JENNIFER A. GOLINVEAUX (appearing *pro hac vice*)
K. JOON OH (appearing *pro hac vice*)
ELISABETH A. DERBY (appearing *pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400
Email: dbloch@winston.com
       jgolinveaux@winston.com
       koh@winston.com
       bderby@winston.com

*Attorneys for Plaintiff AEVOE CORP.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., a California corporation, | Case No. 2:12-cv-00054-GMN-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR A PERMANENT INJUNCTION** |
| vs. | |
| SHENZHEN MEMBRANE PRECISE ELECTRON LTD., a China corporation, | |
| Defendant. | |

WHEREAS, the Court issued a Temporary Restraining Order on January 12, 2012, to enjoin Defendant Shenzhen Membrane Precise Electron Ltd. and its legal successors and assigns, parents, subsidiaries, affiliates, and companies under common ownership or control (collectively, "Shenzhen Membrane") from selling products infringing upon Plaintiff Aevoe Corp.'s U.S. Patent No. 8,044,942 (the '942 Patent"), ECF No. 9;

WHEREAS, the Court held the Order to Show Cause hearing on January 23, 2012, on why an injunction should not issue enjoining and restraining Shenzhen Membrane from practicing or otherwise using the '942 Patent, or any reproduction, counterfeit, copy or colorable imitation concerning the same, pending trial;

WHEREAS, the Court found that (a) the '942 Patent is presumptively valid and that Shenzhen Membrane failed to raise a substantial question concerning the validity and enforceability of the '942 Patent; (b) Aevoe will likely succeed on the merits of its patent infringement claims against Shenzhen Membrane; (c) Aevoe will likely be irreparable harmed if a preliminary injunction is not granted; (d) the balance of hardships weigh in favor of Aevoe; and (e) the public interest weighs in favor or granting injunctive relief;

WHEREAS, the Court issued a Preliminary Injunction on January 26, 2012, to enjoin Shenzhen Membrane from practicing, making, manufacturing, using, importing, offering to sell, and or selling products that infringe the '942 Patent, or any reproduction, counterfeit, copy, or colorable imitation of the same, and from transferring, moving, returning, destroying, or otherwise disposing of its infringing goods pending a trial on the merits, ECF No. 31;

WHEREAS, Aevoe entered a substantial bond concerning the Preliminary Injunction (the "Bond");

WHEREAS, the Parties have agreed to the terms of a confidential Settlement Agreement to resolve any and all disputes between the Parties concerning allegations of infringement of Aevoe's '942 Patent;

WHEREAS, the Parties have agreed to the Permanent Injunction below as a condition for the Settlement Agreement; and

WHEREAS, the Parties have agreed to enter a Stipulation and Notice of Voluntary Dismissal with Prejudice after the Court enters the Permanent Injunction,

THE PARTIES HEREBY STIPULATE THAT,

. . .

. . .

. . .

The Court's January 26, 2012, Order for a preliminary injunction against Shenzhen Membrane, is hereby made a Permanent Injunction against Shenzhen Membrane;

This Permanent Injunction shall extend to any and all Shenzhen Membrane touch-screen protectors covered by the '942 Patent, whether for the iPad, iPhone, iPod, Kindle, Android and Droid devices, or any other device with touch-screen functionality, having an adhesive perimeter and a non-adhesive window corresponding generally to the touch-screen portion of the device to which the protector is intended to be attached. For the avoidance of doubt, an adhesive perimeter of any thickness is still within the scope of the '942 Patent or is insubstantially different from it, and an adhesive perimeter that is divided by spaces, channels, or gaps such that the adhesive is not fully continuous around the perimeter is still within the scope of the '942 Patent or is insubstantially different from it;

This Permanent Injunction shall not extend to any touch-screen protector that is fully adhesive to the face of a touch screen device, with no non-adhesive portion, and such products shall not be deemed to be within the scope of the '942 Patent or its equivalents; and

The Bond is dissolved and shall be returned to Aevoe.

DATED: JULY 3, 2012

McDONALD CARANO WILSON LLP

By: _____
JEFFREY A. SILVESTRI, ESQ. (#5779)
JOSEPHINE B. McPEAK, ESQ. (#7994)
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966

WINSTON & STRAWN LLP
DAVID S. BLOCH (*pro hac vice*)
JENNIFER A. GOLINVEAUX (*pro hac vice*)
K. JOON OH (*pro hac vice*)
ELISABETH A. DERBY (*pro hac vice*)
101 California Street
San Francisco, CA 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Plaintiff AEVOE CORP.*

DATED: 19th June, 2012

INTELLECTUAL PROPERTY LAW GROUP, LLP

By: _____
OTTO LEE, ESQ. (*pro hac vice*)
California Bar No. 173987
KEVIN VIAU, ESQ. (*pro hac vice*)
12 South First Street, 12th Floor
San Jose, CA 95113-2427
Telephone:     (408) 286-8933
Facsimile:     (408) 286-8932

*Attorneys for Defendant Shenzhen Membrane Precise Electron, Ltd.*

## ORDER

**IT IS SO ORDERED** this 3rd day of July, 2012.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

McDONALD CARANO WILSON LLP

By: _____
JEFFREY A. SILVESTRI, ESQ. (#5779)
JOSEPHINE BINETTI McPEAK, ESQ. (#7994)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone:  (702) 873-4100
Facsimile:  (702) 873-9966
Email:  jsilvestri@mcdonaldcarano.com
        jmcpeak@mcdonaldcarano.com

DAVID S. BLOCH (appearing *pro hac vice*)
JENNIFER A. GOLINVEAUX (appearing *pro hac vice*)
K. JOON OH (appearing *pro hac vice*)
ELISABETH A. DERBY (appearing *pro hac vice*)
WINSTON & STRAWN LLP

*Attorneys for Plaintiff AEVOE CORP.*

LVDOCS-#254424-v1